

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 13, 2024

**BY ECF**

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: _____ |
| DATE FILED: __2/13/24__ |

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    ***United States v. James Sorce*, S1 22 Cr. 642 (ALC)**

Dear Judge Carter:

      The parties respectfully request to adjourn the status conference scheduled in the above-captioned case for February 15, 2024, for a period of 60 days, so that the defendant has sufficient time to review the discovery and so that the parties can continue to discuss a pretrial disposition. Defense counsel is available for a rescheduled conference on April 24, 25, 30, May 7, and 8. The Government is available at the Court's convenience.

      The Government respectfully requests an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), between February 15, 2024 and the rescheduled conference date. An exclusion is in the interest of justice because it will allow the defendant time to review discovery and for the parties to discuss a potential disposition for this case. The defendant consents.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:      _____/s/_____
            Matthew R. Shahabian
            Katherine Cheng
            Assistant United States Attorneys
            (212) 637-1046/-2492

The application is granted. The status conference is adjourned to 5/7/24 at 12:00 p.m. Time excluded from 2/15/24 to 5/7/24 in the interest of justice.
So Ordered. *Andrew L. Carter* 2/13/24