**MEMO ENDORSED**



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 1, 2024

**BY ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/3/24
```

    Re:   *United States v. James Sorce*, S1 22 Cr. 642 (ALC)

Dear Judge Carter:

    The parties respectfully request to adjourn the status conference scheduled in the above-captioned case for July 9, 2024, until a date after September 9, 2024, so that the defendant has sufficient time to review the discovery and so that the parties can continue to discuss a pretrial disposition. Defense counsel is available for a rescheduled conference the weeks of September 9 and 16, except for Friday September 13. The Government is available at the Court's convenience.

    The Government respectfully requests an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), between July 9, 2024 and the rescheduled conference date. An exclusion is in the interest of justice because it will allow the defendant time to review discovery and for the parties to discuss a potential disposition for this case. The defendant consents.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

           By:    /s/
                 Matthew R. Shahabian
                 Katherine Cheng
                 Assistant United States Attorneys
                 (212) 637-1046/-2492

The application is **GRANTED**. The status conference is adjourned to 9/17/24 at 12:00 p.m. Time excluded from 7/9/24 to 9/17/24 in the interest of justice.
So Ordered. *[signature]* 7/3/24