USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/8/24

**THE PASCARELLA LAW FIRM, PLLC**

☐ Nassau Office:
1551 FRANKLIN AVENUE
MINEOLA, NY 11501
Telephone: (516) 741-FIRM (3476)
(516) 742-1134
Facsimile: (516) 742-1137

☐ Suffolk Office:
775 PARK AVENUE
SUITE 255
HUNTINGTON, NY 11743
Telephone: (631) 789-FIRM (3476)
Facsimile: (631) 667-8727

E-MAIL:PASCARELLALAW@OPTONLINE.NET

James A. Pascarella
James Adam Pascarella

**Of Counsel**
Norman Sarnoff
Thomas A. Illmensee

November 8, 2024

**Via ECF**

Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. James Sorce*
S1 22 Cr. 642 (ALC)

Dear Judge Carter:

    I represent the above-named defendant. The within request for an adjournment is made with the consent of the government, through AUSA Matthew R. Shahabian.

    Presently, this case is on the Court's calendar for a status conference on November 14, 2024. Mr. Shahabian and I are close to coming to a resolution of the case. However, additional time is needed to address certain outstanding matters.

    Therefore, it is respectfully requested that this case be adjourned to January 9, 7, 14, 2025, or to a date in January that is amenable to the Court's calendar. The defendant consents to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between November 14, 2024 and any rescheduled conference date. An exclusion is in the interest of justice because it will allow the parties to continue to work out and complete a disposition of the case. A joint motion for adjournment of an earlier-scheduled conference previously was submitted by the Government and was granted by the Court.

    Thank you for your attention to this matter.



Respectfully submitted,

/s/

JAMES ADAM PASCARELLA (JP1496)

CC.:
To all parties via ECF

The application is **GRANTED**. The status conference is adjourned to 1/14/25 at 12:00 p.m. Time excluded from 11/14/24 to 1/14/25 in the interest of justice. So Ordered.

*[signature]*
11/8/24