```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-6-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

- v. -                                              22-CR-642 (ALC)

                                                    ORDER
James Sorce,

                         Defendant.

-----------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

Today's Status Conference has been converted to a Change of Plea Hearing.

SO ORDERED.

Dated:   New York, New York
         May 6, 2025

_____
ANDREW L. CARTER, JR.
United States District Judge