**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/2/25__

# THE PASCARELLA LAW FIRM, PLLC

☐ Nassau Office:
1551 FRANKLIN AVENUE
MINEOLA, NY 11501
Telephone: (516) 741-FIRM (3476)
            (516) 742-1134
Facsimile: (516) 742-1134

☐ Suffolk Office:
888 VETERANS MEMORIAL HWY
SUITE 530
HAUPPAUGE, NY 11788
Telephone: (631) 789-FIRM (3476)
Facsimile: (631) 667-8727

James A. Pascarella
James Adam Pascarella

August 21, 2025

**Of Counsel**
Thomas A. Illmensee
Joseph A. Quatela
Christopher J. Chimeri

Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. James Sorce*
S1 22 Cr. 642 (ALC)

Dear Judge Carter:

The undersigned represents James Sorce, the above-named defendant. Presently, Mr. Sorce is scheduled to be sentenced before Your Honor on September 9, 2025.

I have been out of my office for an extended period of time, first, in North Dakota and, then, in Japan, having only recently returned. Additionally, starting next week, I will be on trial regarding another criminal case. Moreover, we are still in the process of collecting letters of recommendation on behalf of Mr. Sorce in preparation for his sentencing.

Therefore, by the within letter motion, it is respectfully requested that my client's sentencing be adjourned to a date during the week of either November 10 or the week of November 17, 2025, if such dates are convenient for the Court. It is noted that AUSA Matthew R. Shahabian consents to the adjournment requested herein.

Thank you for your attention to this matter.

Respectfully yours,

*James Adam Pascarella by*

JAMES ADAM PASCARELLA (JP1496)

CC.: To all parties via ECF

Email: jamespascarella@pascarellalawfirm.com • jamesapascarella@pascarellalawfirm.co • pascarellaw@optonline.net

The application is **GRANTED**. The sentencing is adjourned to 11/18/25 at 3:00 p.m.
So Ordered. *Andrew L. Carter* 9/2/25