USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   4/6/26   _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

v.

**JAMES SORCE**

**Consent**
**Order of Restitution**

S1 22 Cr. 642 (ALC)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Katherine Cheng and Matthew Shahabian, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Count Two of the Superseding Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1.   Amount of Restitution

James Sorce, the defendant, shall pay restitution in the total amount of $47,628, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the United States of America, the victim of the offense charged in Count Two.

### 2.   Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

~~The defendant will thereafter commence monthly installment payments of at least 10% percent of the defendant's gross income, payable on the first of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).~~

THIS SCHEDULE IS WITHOUT PREJUDICE TO THE GOVERNMENT TAKING ENFORCEMENT ACTIONS, PURSUANT TO 18 U.S.C. §§ 3613 AND 3664(M)(1)(A), TO THE EXTENT WARRANTED.

Pursuant to 28 U.S.C. § 2044 and 18 U.S.C. § 3611, any money belonging to and deposited by the defendant with the Clerk of Court for the purposes of a criminal appearance bail bond shall be applied to the payment of restitution, except that such application shall not take effect until such time as the defendant commences service of the incarceration portion of the sentence, to the extent such sentence includes incarceration and the defendant is not in custody.

### 3.   Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.   Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Matthew R. Shahabian          3/16/26
Matthew R. Shahabian                  DATE
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637-1046

JAMES SORCE

By: _____          3/3/26
JAMES SORCE                           DATE

By: _____          3/3/26
James Pascarella, Esq.                DATE
Counsel for James Sorce


SO ORDERED:

_____              4/6/26
HONORABLE ANDREW L. CARTER           DATE
UNITED STATES DISTRICT JUDGE

2025.02.20